FILED

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0150

STATE OF MONTANA,

      Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

      Respondent and Appellant.

FILED

NOV 30 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Pamela Jo Polejewski has filed a "Rule 20 Petition to Reconsider Order of November 2nd, 2021" in the captioned matter. Counsel for Appellee State of Montana has responded objecting to the petition and asking the Court to either sanction Appellant or declare her a vexatious litigant.

This Court will consider a petition for rehearing presented only upon the following grounds:

(i) That it overlooked some fact material to the decision;
(ii) That it overlooked some question presented by counsel that would have proven decisive to the case; or
(iii) That its decision conflicts with a statute or controlling decision not addressed by the supreme court.

M. R. App. P. 20(1)(a).

This case was decided by unpublished opinion, pursuant to the Internal Operating Rules of this Court. Unpublished opinions are per se summary actions and generally unanimous dispositions following the Court's consideration of an appeal. They do not necessarily contain a detailed analysis of all the issues raised on appeal; however, that does not mean that the Court overlooked a particular argument or issue raised by a party.

The Court having duly considered the petition and the response,

IT IS ORDERED that the petition for rehearing is DENIED.

IT IS FURTHER ORDERED that Appellee's request to sanction Appellant or declare her a vexatious litigant is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 30 day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices